**In re Roni GORDON.**

Nos. 2013–1094, 2013–1096.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

Wendy E. Miller, Cooper & Dunham, LLP, of New York, New York, argued for appellant. Of counsel on the brief was Arthur J. Steiner, Ditthavong Mori & Steiner, P.C., of Alexandria, Virginia.

Lore A. Unt, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for United

States Patent and Trademark Office. With her on the brief were Nathan K. Kelley, Deputy Solicitor, and Coke Morgan Stewart, Associate Solicitor.

RADER, Chief Judge, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**